[No. 42833-4-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK MALCOLM KEMPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00296-6, Michael H. Evans, J., entered November 4, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 43348-6-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. LINDA ACOSTA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01433-1, Vicki L. Hogan, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 29429-3-III.   Division Three.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RUSSELL TRAINOR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00077-5, Vic L. VanderSchoor, J., entered September 29, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30253-9-III.   Division Three.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK GLYN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00510-3, John M. Antosz, J., entered September 7, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.